■ In the Matter of Arbitration Between COUNTY OF MONROE, Respondent, and MONROE COUNTY FEDERATION OF SOCIAL WORKERS, IUE-CWA LOCAL 381, Appellant. [42 NYS3d 915]—Appeal from an order of the Supreme Court, Monroe County (Thomas A. Stander, J.), entered June 2, 2015. The order denied the motion of respondent for leave to reargue its opposition to the petition to vacate an arbitrator's award.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Memorandum: We agree with petitioner that respondent's appeal must be dismissed because no appeal lies from an order denying a motion for leave to reargue (*see Miller v Ludwig*, 126 AD3d 1397, 1398 [2015]; *Empire Ins. Co. v Food City*, 167 AD2d 983, 984 [1990]). Present—Whalen, P.J., Centra, Lindley, NeMoyer and Troutman, JJ.

■ In the Matter of MAUDE DEVELOPMENT, LLC c/o WALGREENS, Appellant, v BOARD OF ASSESSMENT REVIEW et al., Respondents, and CORNING-PAINTED POST SCHOOL DISTRICT, Intervenor-Respondent. [44 NYS3d 924]—Appeal from a judgment of the Supreme Court, Steuben County (Marianne Furfure, A.J.), entered June 1, 2015 in proceedings pursuant to RPTL article 7. The judgment, among other things, denied the petitions challenging the real property tax assessment for the 2009 and 2010 tax years.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on October 24 and 31, 2016,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Whalen, P.J., Centra, Lindley, NeMoyer and Troutman, JJ.